# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT
FEB 2 6 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

United States of America )
v. )
Damiena T. Heard )  Case No: CR 01-50070-11
) USM No: 11045-035
Date of Previous Judgment: April 18, 2002 ) Betty Marak
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __96__ months **is reduced to** __time served__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __35__  Amended Offense Level: __33__
Criminal History Category: __II__  Criminal History Category: __II__
Previous Guideline Range: __188__ to __235__ months  Amended Guideline Range: __151__ to __188__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __04/18/02__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __2/26/08__

Judge's signature

Effective Date: __March 3, 2008__
(if different from order date)

Donald E. Walter, United States District Judge
Printed name and title