# UNITED STATES DISTRICT COURT
## for the
### Western District of Louisiana

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 26 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Damiena T. Heard ) | Case No: CR 01-50070-11 |
| ) | USM No: 11045-035 |
| Date of Previous Judgment: April 18, 2002 ) | Betty Marak |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __96__ months **is reduced to** __time served__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __35__            Amended Offense Level: __33__
Criminal History Category: __II__         Criminal History Category: __II__
Previous Guideline Range: __188__ to __235__ months    Amended Guideline Range: __151__ to __188__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __04/18/02__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __2/26/08__

Judge's signature

Effective Date: __March 3, 2008__    Donald E. Walter, United States District Judge
(if different from order date)                Printed name and title